**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 97-7594**

NICHOLAS J. QUEEN, SR.,

Petitioner - Appellant,

versus

EDWARD BRENNAN; J. JOSEPH CURRAN, JR., Attor-
ney General of the State of Maryland,

Respondents - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Herbert N. Maletz, Senior Judge, sitting
by designation.  (CA-95-859-WMN)

Submitted:  April 29, 1998        Decided:  May 14, 1998

Before MURNAGHAN, NIEMEYER, and WILLIAMS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Nicholas J. Queen, Sr., Appellant Pro Se.  Jefferson McClure Gray,
OBER, KALER, GRIMES & SHRIVER, Towson, Maryland; Kathryn L. Grill,
SMITH, SOMERVILLE & CASE, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying Appellant's Fed. R. Civ. P. 60(b) motion. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Queen v. Brennan, No. CA-95-859-WMN (D. Md. Oct. 23, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2